# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      Nesha L Totten

          Debtor(s)

Case No. 13-44405

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 11/15/2013.

2)  The plan was confirmed on 01/23/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/14/2015.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/29/2015, 04/28/2016.

5)  The case was dismissed on 06/17/2016.

6)  Number of months from filing to last payment: 27.

7)  Number of months case was pending: 33.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $1,575.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,420.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$7,420.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,833.12 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $309.57 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,142.69** |

Attorney fees paid and disclosed by debtor:          $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AT&T MOBILITY II LLC | Unsecured | 0.00 | 1,505.54 | 1,505.54 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 524.00 | 559.11 | 559.11 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,100.00 | 61.69 | 61.69 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,311.00 | 1,311.47 | 1,311.47 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 1,702.00 | 310.79 | 310.79 | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 490.00 | 485.55 | 485.55 | 374.37 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 101.51 | 101.51 | 0.00 | 0.00 |
| PEOPLES CREDIT | Secured | 10,477.00 | 9,594.16 | 9,594.16 | 2,244.45 | 658.49 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 504.00 | 504.58 | 504.58 | 0.00 | 0.00 |
| ILLINOIS STATE TOLL HWY AUTH | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,061.00 | NA | NA | 0.00 | 0.00 |
| OLD SECOND NATIONAL BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK/HOUSEHOLD BANK | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE MERCY HEALTH | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| PROVENA MERCY CENTER | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 5,867.00 | NA | NA | 0.00 | 0.00 |
| STATE FARM MUTUAL | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Unsecured | 1,506.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA/TARGET | Unsecured | 557.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| WAUBONESEE COMMUNITY COLLE | Unsecured | 1,006.00 | NA | NA | 0.00 | 0.00 |
| VNA FOX VALLEY | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT LLC | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AURORA RADIOLOGY CONSULTANT | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| BFAF FOX VALLEY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| COLLEGE OF DUPAGE | Unsecured | 694.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/STELLAR RECOVERY INC | Unsecured | 868.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| CENTRUE BANK/TEK-COLLECT INC | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 258.00 | NA | NA | 0.00 | 0.00 |
| EMPACT EMERGENCY | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| FAIR COLLECTIONS AND OUTSOURC | Unsecured | 3,907.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | NA | 442.83 | 442.83 | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 350.00 | 487.32 | 487.32 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,200.00 | 1,328.88 | 1,328.88 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,594.16 | $2,244.45 | $658.49 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,594.16** | **$2,244.45** | **$658.49** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $485.55 | $374.37 | $0.00 |
| **TOTAL PRIORITY**: | **$485.55** | **$374.37** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$6,613.72** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
| --- | --- |
| Expenses of Administration | $4,142.69 |
| Disbursements to Creditors | $3,277.31 |
| **TOTAL DISBURSEMENTS** : | **$7,420.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/22/2016                         By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**